| | |
|---|---|
| 1 | Stephen M. Doniger, Esq. (SBN 179314) |
| 2 | Scott A. Burroughs, Esq. (SBN 235718) |
| | Email: scott@donigerlawfirm.com |
| 3 | **DONIGER LAW FIRM APC** |
| 4 | 300 Corporate Pointe, Suite 355 |
| | Culver City, California 90230 |
| 5 | Telephone: (310) 590-1820 |
| 6 | Facsimile:  (310) 417-3538 |
| | Attorneys for Plaintiff |

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

PATRICIA S. KELLEY, an Individual; et al.,

Plaintiff,

vs.

BETHANY LOWE DESIGNS, INC., an Illinois Corporation; et al.,

Defendants.

Case No.: CV 08-7245 PA (MANx)
*Honorable Judge Percy Anderson Presiding*

[~~PROPOSED~~] **ORDER ON PARTIES' STIPULATION FOR DISMISSAL OF THE ACTION PURSUANT TO FED.R.CIV.P 41(a)(1)(A)(ii)**

NOTE:  CHANGES MADE BY THE COURT

///
///

1
[PROPOSED] ORDER ON STIPULATION

[PROPOSED] ORDER:

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

1. That this case be dismissed with prejudice;
2. Fees and costs are not awarded against any party to this stipulation;
3. ~~This Court will maintain jurisdiction of this action for purposes of enforcing the terms of this dismissal and the settlement agreement~~.

SO ORDERED.

Date: January 20, 2009           By: _/s/ Percy Anderson_
                                 THE HONORABLE PERCY ANDERSON
                                 United States District Court Judge